# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE G. SCHMIDT, CONNIE J. SCHMIDT, DANIEL G. SCHMIDT, REBECCA R. SCHMIDT, DONALD L. MANZER and DEBORAH A. MANZER individually and for JORDYN A. MANZER, a minor, EDWARD MARIA III and DONNA J. MARIA<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, TIMOTHY G. ASHTON, ANTONIO AMADOR, MARTA FONDA, RANDY PAUL ELY, LAWRENCE J. WARFIELD, JERRY L. BUCHMEYER, JEFFREY B. NORRIS, KELLY M. CRAWFORD, PATRICK M. MURPHY, SHERMAN LEE ATWOOD and DOES 1-100 Inclusive,<br><br>Defendants. | 2:09-cv-00660-LKK-GGH PS<br><br>**ORDER GRANTING FEDERAL DEFENDANTS' EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

The Court, having considered the *ex parte* Motion for Extension of Time and Declaration of counsel filed by Defendants United States of America, Ashton, Amador, Fonda, Ely, Buchmeyer and Norris herein pursuant to Local Rule 6-144(c), hereby **GRANTS** Defendants' motion and gives these Federal Defendants an extension of time to and until October 30, 2009 within which to file their responsive pleadings to the Complaint herein.

IT IS SO ORDERED.

Dated: Sept 2, 2009

GREGORY G. HOLLOWS