IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE G. SCHMIDT, et al.,

    Plaintiffs,   CIV. NO. S-09-660 LKK GGH PS

    vs.

UNITED STATES OF AMERICA, et al.,

    Defendants.   ORDER
_____/

    On December 4, 2009, the day after the undersigned vacated the December 10, 2009 hearing and took the motions to dismiss under submission, plaintiffs filed a motion to continue the hearing to January 28, 2010, indicating that they now have counsel to represent them. The motion was signed and filed by plaintiffs. Counsel has not filed a notice of substitution pursuant to E. D. Local Rule 182.

    Accordingly, IT IS ORDERED that: if plaintiffs intend to proceed with counsel, counsel shall file a notice of substitution and oppositions to the three pending motions to dismiss, by December 18, 2009.

DATED: 12/11/09   /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              U. S. MAGISTRATE JUDGE

GGH:076:Schmidt0660.att.wpd

1