IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE G. SCHMIDT, et al.,

     Plaintiffs,                          CIV. NO. S-09-660 LKK GGH PS

     vs.

UNITED STATES OF AMERICA, et al.,

     Defendants.                    ORDER

        Plaintiffs have filed their notice of compliance with the court's order of May 27, 2010, directing them to file exhibits in support of their claimed exhaustion of administrative remedies under the FTCA. There are 14 exhibits in all. Defendant United States will be given the opportunity to analyze these exhibits and file supplemental briefing regarding any contended defects in administrative exhaustion.

        Accordingly, IT IS ORDERED that: within 28 days of this order, the government shall file supplemental briefing in support of its motion to dismiss FTCA claims on the basis of lack of exhaustion.

DATED: September 2, 2010                     /s/ Gregory G. Hollows

                                                     GREGORY G. HOLLOWS
                                                     U. S. MAGISTRATE JUDGE

GGH:076:Schmidt0660.exh.wpd

1