IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE G. SCHMIDT, et al.,

    Plaintiffs,                CIV. NO. S-09-660 LKK GGH PS

  vs.

UNITED STATES OF AMERICA, et al.,

    Defendants.          ORDER TO SHOW CAUSE

_____/

       This action was referred to the undersigned pursuant to Local Rule 302(c)(21). An "Order Requiring Timely Service and Joint Status Report" was issued March 11, 2009. The parties were directed to "confer in person, if at all possible, pertaining to the automatic disclosures required by Fed. R. Civ. P. 26, as amended effective December 1, 2000, within 30 days after the answer by any defendant. Thereafter, within 14 days, the parties shall submit to the court a joint status report." Defendants filed an answer on October 13, 2011, and a joint status report has not been received.

\\\\\

\\\\\

\\\\\

\\\\\

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     The parties shall show cause, in writing, within fourteen days from the date of this

3 order, why a joint status report has not been filed, or they shall file their joint status report.

4 DATED: January 9, 2012

                            /s/ Gregory G. Hollows
                         UNITED STATES MAGISTRATE JUDGE

GGH:076/Schmidt0660.osc.wpd