1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LONNIE G. SCHMIDT, et al.,

11          Plaintiffs,                    CIV S-09-0660 LKK GGH PS

12       vs.

13   UNITED STATES OF AMERICA, et al.,

14          Defendants.                    ORDER

15   _____/

16          On January 27, 2012, the magistrate judge filed findings and recommendations

17   herein which were served on the parties and which contained notice that any objections to the

18   findings and recommendations were to be filed within fourteen days.  No objections were filed.

19           Accordingly, the court presumes any findings of fact are correct.  See Orand v.

20   United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

21   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

22   1983).

23          The court has reviewed the applicable legal standards and, good cause appearing,

24   concludes that it is appropriate to adopt the Findings and Recommendations in full.

25   \\\\\

26   \\\\\

1

1    Accordingly, IT IS ORDERED that the Findings and Recommendations filed

2  January 27, 2012, are ADOPTED and Claim III and defendants "unknown officers of Clovis

3  Police," Fresno County Sheriff, and El Dorado County Sheriff are dismissed from this action.

4  DATED:   March 12, 2012.

5

6

7

LAWRENCE K. KARLTON

8  SENIOR JUDGE
   UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26