BENJAMIN B. WAGNER
United States Attorney
J. EARLENE GORDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE G. SCHMIDT, et al,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | CASE NO. 2:09-cv-00660-LKK-GGH PS<br><br>**ORDER AMENDING THE STATUS (PRETRIAL SCHEDULING) ORDER [DOC. 69]** |

The Court having read and considered the parties' Joint Motion to Amend the Pretrial (Scheduling) Order [Doc. 79] and for good cause shown,

**IT IS HEREBY ORDERED** that the deadlines in the case are extended as follows: DISCOVERY is to be completed by April 24, 2013; LAW AND MOTION is to be completed by May 28, 2013; FINAL PRETRIAL CONFERENCE is set for August 19, 2013, at 1:30 p.m.; TRIAL is continued to November 19, 2013, at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: January 28, 2013              /s/ Gregory G.Hollows

_____
UNITED STATES MAGISTRATE JUDGE