BENJAMIN B. WAGNER
United States Attorney
J. EARLENE GORDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant United States
of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE G. SCHMIDT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO.  2:09-cv-00660-LKK-GGH <br><br> **ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO DISCOVERY** |

The Court, having read and considered the *ex parte* Motion for Extension of Time filed pursuant to Local Rule 144(c) by the Defendant United States of America herein [Docket No. 81], including the attached declaration of Assistant United States Attorney J. Earlene Gordon, and for good cause shown,

**IT IS HEREBY ORDERED** that Defendant's time for responding to the discovery served on it to date is extended to and until February 28, 2013.

**IT IS SO ORDERED.**

Dated:  Februay 6, 2013                 /s/ Gregory G. Hollows
                                        _____
                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DISCOVERY                    1