IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE G. SCHMIDT, et al.,

      Plaintiffs,                        No. 2:09-cv-0660 LKK GGH PS

    vs.

UNITED STATES OF AMERICA, et al.,

      Defendants.                  <u>ORDER</u>

_____/

      Pending before the court is a letter objection regarding a subpoena to non-party Hartford Fire Insurance Company ("Hartford"), filed by Hartford's counsel. According to Hartford, it received the subpoena on May 12, 2013. The discovery cutoff in this case was April 24, 2013. (Dkt. no. 80.) As the undersigned stated in priors order with respect to previous subpoenas issued by plaintiffs, plaintiffs should have requested an extension to the discovery cutoff prior to the April 24th deadline if they had a reasonable excuse for waiting so long to issue the subpoenas. <u>See</u> Dkt. nos. 96, 105.

      Accordingly, IT IS ORDERED that:

      1. The subpoena issued to Hartford Fire Insurance Company on May 12, 2013, will not be enforced; and

/////

1

2. Objections, filed May 28, 2013 by Hartford, (dkt. no. 106), construed as a motion to quash, is denied as moot.

3. The Clerk shall serve Hartford Fire Insurance Company by e-mail and at the address indicated in docket number 106.

DATED: June 3, 2013

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Schmidt0660.subp3.wpd