1  BENJAMIN B. WAGNER
United States Attorney
2  J. EARLENE GORDON
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA  95814
4  Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
5
6  Attorneys for Defendant United States
of America
7
8              IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10
11  LONNIE G. SCHMIDT, et al.                    CASE NO.  2:09-cv-00660-LKK-GGH
12              Plaintiffs,
                                                 **STIPULATION TO EXTEND TIME FOR
13     v.                                        THE UNITED STATES TO FILE ITS
                                                 OPPOSITION TO PLAINTIFFS' CROSS-
14                                               MOTION FOR SUMMARY
UNITED STATES OF AMERICA,                        JUDGMENT/REPLY TO PLAINTIFFS'
15                                               OPPOSITION TO THE UNITED
              Defendant.                         STATES' MOTION FOR SUMMARY
16                                               JUDGMENT**
17                                               [Local Rules 140(a),  230(e)]
18
19
20         Pursuant to Local Rules 140(a) and 230(e), Plaintiffs Lonnie G. Schmidt, Donald L. Manzer,
21  Deborah A. Manzer, Edward Maria, III and Donna J. Maria, all appearing *pro se*, and Defendant the
22  United States of America, by and through counsel, hereby stipulate that the United States shall have
23  an extension of time to and until June 27, 2013, within which to file its Opposition to Plaintiffs'
24  "Counter-motion for Summary Judgment" and Reply to Plaintiffs' Opposition to the United States'
25  motion for summary judgment.  In support of this stipulation, the parties state as follows:
26
27
28  **STIPULATION FOR EXTENSION RE:  UNITED STATES' OPPOSITION TO CROSS-MOTION
FOR SUMMARY JUDGMENT AND REPLY AND [PROPOSED] ORDER**                          1

1.     The United States' opposition to Plaintiffs' motion and reply brief are currently due to be filed on June 13, 2013.  *See* Minute Order dated May 8, 2013, Doc. 104.[1]

2.     The United States has not previously sought an extension of time for filing briefs associated with its summary judgment motion, filed on April 25, 2013.  [Doc. 97]  Plaintiffs did seek and were granted an extension of time for filing their opposition to the United States' motion for summary judgment, from May 9, 2013 to June 6, 2013.  [Docs. 103, 104]  The Minute Order granting the additional time specifically provided that Plaintiffs could file a cross-motion for summary judgment.  [Doc. 104]

3.     On June 6, 2013, Plaintiffs filed a 57-page "Counter-motion for Summary Judgment." That motion was accompanied by "Plaintiffs' Request for Judicial Notice in Support of Their Counter-motion for Summary Judgment and their Opposition to Defendant's SJM," forty-three (43) statements of "Undisputed Facts" in support of their Counter-motion, and thirty-eight exhibits filed in support of these documents.

4.     The one-week time limit for replying to Plaintiffs' opposition set forth in the Court's Minute Order is not sufficient time for the United States to adequately prepare and file its responses to Plaintiffs' June 6 filings.

5.     Local Rule 230(e) provides in pertinent part that, "[i]f a counter-motion or other related motion is filed, the Court may continue the hearing on the original and all related motions so as to give all parties reasonable opportunity to serve and file oppositions and replies to all pending motions."   The requested extension of time should provide the United States a reasonable opportunity to prepare and file its opposition to Plaintiffs' counter-motion and reply brief.

---

[1] Although the minute order provided that the United States' "reply" is due on June 13, 2013, no specific mention was made in the order as to a filing date for any opposition to a possible cross-motion for summary judgment, as the Court was not aware at the time that such a motion would be filed.  The parties agree that the Reply and Opposition should be filed at the same time so as to simplify and expedite Plaintiffs' response to, and the Court's consideration of, the same.

STIPULATION FOR EXTENSION RE:  UNITED STATES' OPPOSITION TO CROSS-MOTION
FOR SUMMARY JUDGMENT AND REPLY AND [PROPOSED] ORDER

6.    The parties further stipulate that Plaintiffs' will have to and until July 11, 2013, within which to file their Reply to the United States' Opposition to their Counter-motion for Summary Judgment.

7.    No hearing date has been set for the pending motions.  It is anticipated that both summary judgment motions will be heard at the same time.

Respectfully Submitted,

DATED:  June 12, 2013

/s/ *Lonnie G. Schmidt*
LONNIE G. SCHMIDT
Plaintiff *pro se*

/s/ *Donald L. Manzer*
DONALD L. MANZER
Plaintiff *pro se*

/s/ *Deborah A. Manzer*
DEBORAH A. MANZER
Plaintiff *pro se*

/s/ *Edward Maria III*
EDWARD MARIA III
Plaintiff *pro se*

/s/ *Donna J. Maria*
DONNA J. MARIA
Plaintiff *pro se*

And

DATED:  June 12, 2013

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ *J. Earlene Gordon*
J. EARLENE GORDON
Assistant United States Attorney

**STIPULATION FOR EXTENSTION RE:  UNITED STATES' OPPOSITION TO CROSS-MOTION**
**FOR SUMMARY JUDGMENT AND REPLY AND [PROPOSED] ORDER**                    3

1

## <u>ORDER</u>

2

**IT IS SO ORDERED.**

3

Dated:  June 17, 2013.

4

<u>/s/Gregory G. Hollows</u>
GREGORY G. HOLLOWS

5

UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28